UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| NORDCON INVESTMENT MANAGEMENT AG, | No. 08-cv-0024 |
| Plaintiff, | |
| -against- | ECF CASE |
| VIVENDI, S.A., JEAN-MARIE MESSIER and GUILLAUME HANNEZO, | JURY TRIAL DEMANDED |
| Defendants. | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for NORDCON Investment Management AG ("NORDCON") states that no publicly-traded company owns more than 10% of NORCON.

The undersigned counsel of record for NORDCON certifies that they are not aware of any interested parties other than those participating in the case.

| | |
|---|---|
| Dated: New York, NY<br>December 31, 2007 | **GRANT & EISENHOFER P.A.**<br><br>By: _/s/ Stuart M. Grant_<br>Stuart M. Grant (SG-8157)<br>James J. Sabella (JS-5454)<br>Diane Zilka (DZ-9452)<br>Christine M. Mackintosh<br>485 Lexington Avenue<br>29th Floor<br>New York, NY  10017<br>(646) 722-8500<br><br>**DIAZ REUS ROLFF & TARG LLP**<br>Alexander Reus (AR-4674)<br>100 SE Second Street, Suite 2610<br>Miami, Florida 33131<br>Telephone:  (786) 235-5000<br>Facsimile:  (786) 235-5005<br><br>*Attorneys for Plaintiff* |